Request for Adjournment

| | | | |
|---|---|---|---|
| To: | Honorable Laura Taylor Swain<br>U.S District Judge | | Offense: Conspiracy to Commit Money Laundering |
| From: | Kisha Singleton<br>U.S. Probation Officer | | Original Sentence Date: January 23, 2020<br>(control date) |
| Re: | Hyun Kyung Han<br>Docket #18 CR 882-02 (LTS) | | Required Submission to Counsel Date:<br>(55-Day Disclosure Date): November 27, 2019 |
| Date: | November 25, 2019 | | |
| AUSA: | Nathan Rehn | | Defense Counsel: Meredith S. Heller |

*****************************************************************************

This adjournment is requested for the following reason:

The undersigned officer has been out of office since November 5, 2019, to tend to an ailing parent who has since passed away. The undersigned officer is scheduled to return to the office by the week of December 2, 2019.

Therefore, we request an adjournment of sentence since compliance with the 55-day disclosure provision for the presentence investigation report, pursuant to the Board of Judges' Standing Order, dated May 29, 2014, will be jeopardized. Defense counsel and the Government have no objections to an adjournment of sentence. We suggest a sentence date in late February 2020, or some time thereafter.

It is requested that Your Honor indicate the Court's decision as provided below. Counsel will be notified by copy of this form.

                                                Respectfully submitted,
                                                Michael J. Fitzpatrick
                                                Chief U.S. Probation Officer

By: _____
       Kisha Singleton
       U.S. Probation Officer
       (212) 805-0067

Approved By:

_____
Kathleen Coad
Supervisory U.S. Probation Officer
(212) 805-5180

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 11-27-19

HAN, HYUN KYUNG                                    P5511313 /KS

AN ADJOURNMENT IS GRANTED: ___/s/___

IF APPROVED, NEW DATE OF SENTENCE: February 27, 2020

TIME: 11:00 AM


REQUEST IS DENIED: _____



___11/27/19___                              _____/s/_____
   Date                                     Honorable Laura Taylor Swain
                                            U.S. District Judge