UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

   -v-                                                 No. 18CR882-LTS

HYUN KYUNG HAN,

                       Defendant(s).

-------------------------------------------------------------X

## ORDER

The sentencing scheduled for February 27, 2020, is rescheduled to **February 27, 2020 at 3:00 p.m.** in Courtroom 17C.

     SO ORDERED.

Dated: New York, New York
        January 9, 2020

                                                   /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 United States District Judge