Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

February 14, 2020

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2-18-2020

**VIA ECF**
Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:**   *United States v. Kim (Hyun Kyung Han)*
         **18 Cr. 882 (LTS)**

Dear Judge Swain:

This letter is submitted on behalf of my client, Ms. Hyun Kyung Han, to request a sentencing adjournment of 30 days. Sentencing is currently scheduled for February 27, 2020, at 3:00. Ms. Han speaks very little English and it has been necessary to have the PSR translated into Korean in order to review it with my client. Additionally, Ms. Han is expecting to submit letters that will also need to be translated from Korean to English.

The government has been informed of this request and has no objection.

Respectfully submitted,

Meredith S. Heller

Cc:   A.U.S.A. Elinor Tarlow (via ECF)
      A.U.S.A. Danielle R. Sassoon (via ECF)
      A.U.S.A. Nathan Rehn (via ECF)

The sentencing is adjourned to March 23, 2020, at 2:30 pm. DE #191 resolved.

SO ORDERED:

 2/18/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE