**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2020

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Hyun Kyung Han*, S1 18 Cr. 882 (LTS)

Dear Judge Swain:

      Defendant Hyun Kyung Han, a/k/a "Jay Hee," is scheduled to be sentenced on March 23, 2020, at 2:30 p.m.  Due to the COVID-19 pandemic and the need to take precautions to prevent the spread of disease, the parties respectfully request that the Court reschedule the sentencing for a date during the first two weeks of May. The parties have conferred and are available on any date with the exception of May 11.

The sentencing is adjourned to May 12, 2020, at 11:45 a.m. DE # 194 resolved.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for
the Southern District of New York

SO ORDERED.
Dated:  3/17/2020

/s/Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

By:   /s/ Thane Rehn
Thane Rehn
Danielle R. Sassoon
Elinor L. Tarlow
Assistant United States Attorneys
(212) 637-1036

cc:  Meredith Heller, Esq. (via ECF)