

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 5, 2020

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:    *United States v. Hyun Kyung Han*, S1 18 Cr. 882 (LTS)

Dear Judge Swain:

    Defendant Hyun Kyung Han, a/k/a "Jay Hee," is scheduled to be sentenced on May 12, 2020, at 2:30 p.m.  Due to the COVID-19 pandemic and the need to take precautions to prevent the spread of disease, the parties respectfully request that the Court reschedule the sentencing for a date during the month of July. The parties have conferred and are available on any date with the exception of July 15 and July 28.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for
the Southern District of New York

The sentencing is adjourned to July 22, 2020, at 2:30 p.m. and the related deadlines are modified accordingly. DE#200 resolved.
SO ORDERED.
5/5/2020
/s/ Laura Taylor Swain, USDJ

By:    /s/ Thane Rehn
      Thane Rehn
      Danielle R. Sassoon
      Elinor L. Tarlow
      Assistant United States Attorneys
      (212) 637-1036

cc:  Meredith Heller, Esq. (via ECF)